# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:10cr124-10-MOC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| SARENA A. MOBLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's motion to reconsider the denial of her motion to withdraw her guilty plea. On August 30, 2011, the Honorable David S. Cayer, United States Magistrate Judge, entered an order denying defendant's motion to withdraw her guilty plea. Defendant filed her motion to reconsider on September 9, 2011, and the government filed its response on the same day. Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the court **DENIES** defendant's motion for reconsideration (docket #265), as defendant's motion raises no new point or issue tending to show that the magistrate judge's order was clearly erroneous.

**IT IS SO ORDERED**.

Signed: October 6, 2011

Max O. Cogburn Jr.
United States District Judge